

FILED
7/16/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AXK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| | 1:25-cr-00397 |
| v. | No. Judge Sharon Johnson Coleman |
| | Magistrate Judge Jeffrey T. Gilbert |
| JOANNA RICHARDSON | RANDOM / Cat. 4 |
| | Violations: Title 18, United States Code, Sections 922(g)(1), 924(c), and 1951(a) |

## COUNT ONE

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about April 22, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

JOANNA RICHARDSON

defendant herein, did obstruct, delay, and affect "commerce," and the movement of articles and commodities in commerce, by "robbery," as defined in Title 18, United States Code, Section 1951(b), in that the defendant did unlawfully take and obtain property from the person and in the presence of an employee of a BP Gas Station store located at 7750 North Sheridan Road in Chicago, Illinois, against the employee's will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about April 22, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

### JOANNA RICHARDSON,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which defendant may be prosecuted in a court of the United States, namely, robbery affecting interstate commerce, in violation of Title 18, United States Code, Section 1951(a), as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about April 22, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

### JOANNA RICHARDSON

defendant herein, did obstruct, delay, and affect "commerce," and the movement of articles and commodities in commerce, by "robbery," as defined in Title 18, United States Code, Section 1951(b), in that the defendant did unlawfully take and obtain money and property from the person and in the presence of an employee of a Shell Gas Station store located at 6346 North Clark Street in Chicago, Illinois, against the employee's will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about April 22, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

### JOANNA RICHARDSON,

defendant herein, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which defendant may be prosecuted in a court of the United States, namely, robbery affecting interstate commerce in violation of Title 18, United States Code, Section 1951(a), as charged in Count Three of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE

The SPECIAL APRIL 2024 GRAND JURY further charges:

On or about April 22, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

JOANNA RICHARDSON,

defendant herein, knowing that she had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Polymer 80 PFC9 Compact 9mm semi-automatic pistol bearing serial number CA49792, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **<u>FORFEITURE ALLEGATION ONE</u>**

The SPECIAL APRIL 2024 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), Section 924(c) or Section 1951(a) as set forth in this Indictment, defendant shall forfeit to the United States of America, any firearm and ammunition:

        a.      involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and

        b.      found in the possession or under the immediate control of the defendant at the time of arrest, upon conviction of any offense for committing and attempting to commit any felony involving the use of threats, force, and violence, and perpetrated in whole or in part by the use of firearms, as provided in 18 U.S.C. § 3665.

2.      The property to be forfeited includes, but is not limited to, a Polymer 80 PFC9 Compact 9mm semi-automatic pistol bearing serial number CA49792.

## **FORFEITURE ALLEGATION TWO**

The SPECIAL APRIL 2024 GRAND JURY further alleges:

1.      Upon conviction of any offense of an offense in violation of Title 18, United States Code, Section 1951(a), defendant shall forfeit to the United States of America any property which constitutes or is derived from proceeds of the offenses, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to, a personal money judgment in the amount of approximately $3,000.

3.      If any of the property described above, as a result of any act or omission by the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty; the United States of America shall be entitled to forfeiture of substitute property, as provided by Title 21, United States Code Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY